IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No.96-40686
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE A. RODRIGUEZ,

Defendant-Appellant.

Appeal from the United States District Court
for the
Southern District of Texas
(L-92-CR-251-2)

June 6, 1997

Before JOHNSON, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

Jose A. Rodriguez appeals his conviction for bribery of a U.S. Border Patrol Agent, conspiracy to possess with the intent to distribute marijuana, and possession with the intent to distribute marijuana. He argues that the Government failed to prove by a reasonable doubt that he was predisposed to commit the offenses. After carefully reviewing the record and the briefs in the present case, we hold that a rational juror could find beyond a reasonable

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

doubt that Rodriguez was predisposed to commit the offenses in question.  See United States v. Mora, 994 F.2d 1129, 1136-38 (5th Cir. 1993).

AFFIRMED.